1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7   DELILAH MAY JOHNSON,                )
                                        )
8              Plaintiff,               )
                                        )   NO. CV-07-5035-CI
9         v.                            )
                                        )
10  MICHAEL J. ASTRUE,                  )   **JUDGMENT IN A**
    Commissioner of Social Security,    )       **CIVIL CASE**
11                                      )
               Defendant.               )
12  _____)

13

14  **DECISION BY THE COURT:**

15      This action came to hearing before the Court.  The issues have been heard and
    a decision has been rendered.

16
        **IT IS ORDERED AND ADJUDGED** that:
17
        Plaintiff's Motion for Summary Judgment is **GRANTED.**   The matter is
18
    **REMANDED** to the Commissioner for additional proceeding, pursuant to sentence
19
    four of 42 USC § 405(g).  Defendant's Motion for Summary Judgment dismissal is
20
    **DENIED**, and Judgment is entered for Plaintiff.
21
        DATED this 13th day of May, 2008.
22

23                                      JAMES R. LARSEN
                                        District Court Executive/Clerk
24
                                        s/ L. Stejskal
25                                      Deputy Clerk

26

27

28